Nicholas J. Bontrager Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (888) 755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CAROLE RZEPIEJEWSKI

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CAROLE RZEPIEJEWSKI, | Case No.: 2:10-cv-05487 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| CONTINENTAL CREDIT CONTROL, | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, CAROLE RZEPIEJEWSKI, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: October 4, 2010                                               KROHN & MOSS, LTD.


                                                                By:/s/ Nicholas J. Bontrager
                                                                     Nicholas J. Bontrager
                                                                     Attorneys for Plaintiff
                                                                     CAROLE RZEPIEJEWSKI